IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                    Plaintiff,           )<br>                                                              )<br>    vs.                                                   )<br>                                                              )<br>HOWARD JOHNSON, JR.,            )<br>                                                              )<br>                    Defendant.      ) | 8:07CR347<br><br>ORDER |

This matter is before the court on defendant's unopposed THIRD MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS [22]. I find that the motion should be denied.

**IT IS SO ORDERED:**

**DATED this 13th day of December, 2007.**

                                                            BY THE COURT:


                                                            s/ F.A. Gossett
                                                            United States Magistrate Judge