IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:07CR347 |
| HOWARD JOHNSON, JR., | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

    Before the court is defendant's Motion to Withdraw Motion to Suppress Evidence [27]. The motion is granted and defendant's Motion to Suppress Evidence [24] shall be deemed withdrawn.

    IT IS SO ORDERED.

    DATED this 8th day of January, 2008.

                                                    BY THE COURT:

                                                    s/ F.A. Gossett
                                                    United States Magistrate Judge